

## Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

February 10, 2015

Franklin McDonough
District Attorney
P. O. Box 1592
Pampa, TX 79066
* DELIVERED VIA E-MAIL *

Robyn Nance
FREEMAN, WILCOX, PALMER &
NANCE, L.L.C.
2403 Line Ave
Amarillo, TX 79106
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 07-14-00371-CR, 07-14-00372-CR, 07-14-00373-CR,
07-14-00374-CR, 07-14-00375-CR
Trial Court Case Number: 9662, 9663, 9664, 9665, 9666

**Style:** Caleb Hart v. The State of Texas

Dear Counsel:

The following was filed Tuesday, February 10, 2015 in the captioned appeal:

Reporter's Record (7 volumes in 5)

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc: Sandra Burkett (DELIVERED VIA E-MAIL)
Honorable Steven R. Emmert (DELIVERED VIA E-MAIL)
Toni A. McClendon (DELIVERED VIA E-MAIL)